IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIK B. CHERDAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-169 |
| ) | |
| RACK ROOM SHOES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and (8) (Dkt. No. 26). Upon consideration of the motion, accompanying memoranda of the parties and for good cause appearing, the motion is hereby DENIED.

The First Amended Complaint has been sufficiently plead such that Defendant has reasonable notice of the claims and alleged infringing products, and otherwise meets the pleading standards for patent cases.

IT IS SO ORDERED.

July 20, 2011
Alexandria, Virginia

                                                /s/
                                      Liam O'Grady
                                      United States District Judge