# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| **Erik B. Cherdak**<br><br>*Plaintiff,*<br><br>v.<br><br>**RACK ROOM SHOES, INC.**<br><br>*Defendant.* | Case No. 1:11-cv-169 (LO/jfa) |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on Friday, October 28, 2011, at 10:00 a.m., or at such other date and time as set by the Court, Plaintiff, Erik Cherdak will bring on for hearing his Motion for Partial Summary Judgment.  This notice replaces the previous notice (ECF 53) setting the date for this hearing for October 14, 2011.

                                                                  Respectfully submitted,

                                                            */S/ Daniel S. Ward*
                                                         Daniel S. Ward VSB 45978
                                                         Ward & Ward PLLC
                                                         2020 N Street, NW
                                                         Washington, DC 20036
                                                         (202) 331-8160
                                                         (202) 503-1455 (facsimile)
                                                         dan@wardlawdc.com

                                                         ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of September, 2011, I electronically filed the foregoing with the Court of the Court using the CM/ECF system, which will then send, as appropriate, a notification of such filing to the following:

Lisa M. Bass, Esq.
Lathrop & Gage DC, PLLC
1300 Eye Street, NW
Suite 1050E
Washington, DC 20005
(202) 469-6936 (direct dial)
(202) 469-6949 (facsimile)
lbass@lathropgagedc.com
*Counsel for Defendant Rack Room Shoes*


           */S/ Daniel S. Ward*
           Daniel S. Ward