**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ERIK B. CHERDAK** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:11-cv-00169 (LO/JFA) |
| : | |
| **RACK ROOM SHOES, INC.** : | |
| : | |
| **Defendant.** : | |
| : | |

**CONSENT MOTION FOR LEAVE TO FILE**
**REPLY BRIEF IN EXCESS OF PAGE LIMIT**

Plaintiff, Erik B. Cherdak ("Cherdak"), by and through his attorneys, seeks leave of the Court to file a reply brief in excess of the page limit imposed by Local Rule 7(F)(3) of the Local Rules of the United States District Court for the Eastern District of Virginia. Plaintiff seeks this waiver of the page limitation in connection with:

**PLAINTIFF'S REPLY TO**
**DEFENDANT'S OPPOSITION (ECF 69) TO**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF 51)**

Defendant's Opposition consisted of over 570 pages including exhibits and declarations:

| | | |
|---|---|---|
| 84 Pages: | ECF 69 - ECF 69-2 | Opposition, Response to Statement of Undisputed Material Facts and Exhibits |
| 109 Pages: | ECF 70 - ECF 70: | Declaration of Joseph McAlexander |
| 381 Pages: | ECF 71 - ECF 71-8: | Declaration of Lisa Bass  381 Pages |

The complexity of Defendant's arguments and supporting declarations and exhibits have necessitated a reply brief in excess of twenty pages in length.

Counsel for Defendant has consented to this motion.

Respectfully submitted,

    /S/ Daniel S. Ward
Daniel S. Ward VSB 45978
Ward & Ward PLLC
2020 N Street, NW
Washington, DC 20036
(202) 331-8160
(202) 503-1455 (facsimile)
dan@wardlawdc.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of October 2011, I electronically filed the foregoing with the Court of the Court using the CM/ECF system, which will then send, as appropriate, a notification of such filing to the following:

    Lisa M. Bass, Esq.
    Lathrop & Gage DC, PLLC
    1300 Eye Street, NW Suite 1050
    E Washington, DC 20005
    (202) 469-6936 (direct dial)
    (202) 469-6949 (facsimile)
    lbass@lathropgagedc.com
    Counsel for Defendant Rack Room Shoes

    /S/ Daniel S. Ward
    Daniel S. Ward