# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **ERIK B. CHERDAK**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**RACK ROOM SHOES, INC.**<br><br>        **Defendant.** | Case No. 1:11-cv-00169 (LO/JFA) |

## DEFENDANT RACK ROOM'S NOTICE OF HEARING

WILL THE CLERK OF THE COURT kindly take notice that Defendant Rack Room Shoes, Inc. ("Rack Room") shall present its Motion for Summary Judgment of Non-Infringement and Invalidity before this Honorable Court on **Friday, October 28, 2011** at 10:00 a.m., or as soon thereafter as counsel may be heard.

Date: October 7, 2011

Respectfully submitted,

By: /s/ Lisa Bass
    Lisa Bass    (VSB 72718)
    LATHROP & GAGE DC, PLLC
    1300 Eye Street, NW
    Suite 1050E
    Washington, DC 20005
    (202) 469-6950 (Phone)
    (202) 469-6949 (Facsimile)
    lbass@lathropgagedc.com

    ATTORNEY FOR DEFENDANT RACK ROOM SHOES, INC.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of October, 2011, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent automatic notification of such filing to the following:

>Daniel S. Ward VSB 45978
>Ward & Ward PLLC
>2020 N. Street, NW
>Washington, DC  20036
>(202) 331-8160 Telephone
>(202) 503-1455 Facsimile
>dan@wardlawdc.com
>
>ATTORNEY FOR PLAINTIFF
>ERIK B. CHERDAK

                By: /s/ Lisa Bass
                    Lisa Bass

17548034v1