**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ERIK B. CHERDAK | : |
| Plaintiff, | : |
| v. | : Case No. 1:11-cv-00169 (LO/JFA) |
| RACK ROOM SHOES, INC. | : |
| Defendant. | : |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF
CERTAIN MATERIALS RELIED UPON BY DEFENDANT'S EXPERTS**

Plaintiff Erik B. Cherdak. ("Cherdak"), by and through his attorneys, hereby files Plaintiff's Motion to Compel Production of Certain Materials Relied Upon by Defendant's Experts.  Submitted simultaneously herewith is Plaintiffs' Memorandum of Law in Support this Motion.

Respectfully submitted,

December 2, 2011

/S/ Daniel S. Ward
Daniel S. Ward VSB 45978
Ward & Ward PLLC
2020 N Street, NW
Washington, DC 20036
(202) 331-8160
(202) 503-1455 (facsimile)
dan@wardlawdc.com

ATTORNEY FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December 2011, I electronically filed the foregoing with the Court of the Court using the CM/ECF system, which will then send, as appropriate, a notification of such filing to the following:

>Lisa M. Bass, Esq.
>Lathrop & Gage DC, PLLC
>1300 Eye Street, NW Suite 1050
>E Washington, DC 20005
>(202) 469-6936 (direct dial)
>(202) 469-6949 (facsimile)
>lbass@lathropgagedc.com
>Counsel for Defendant Rack Room Shoes

>__/S/ Daniel S. Ward_____
>Daniel S. Ward