### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **ERIK B. CHERDAK** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:11-cv-00169 (LO/JFA) |
| **RACK ROOM SHOES, INC.** | : |
| **Defendant.** | : |

### PLAINTIFF'S MOTION TO STRIKE CERTAIN UNTRUTHFUL CONTENT FROM DEFENDANT'S INITIAL MARKMAN CLAIM CONSTRUCTION MEMORANDUM (ECF 127)

Plaintiff, Erik B. Cherdak ("Cherdak"), by and through his attorneys, hereby files Plaintiff's Motion To Strike Certain Untruthful Content From Defendant's Initial Markman Claim Construction Memorandum (ECF 127).

Submitted simultaneously herewith is Plaintiff's Memorandum of Law in Support this Motion and proposed order.

                                                  Respectfully submitted,

                                                  /S/ Daniel S. Ward
                                                  Daniel S. Ward VSB 45978
                                                  Ward & Ward PLLC
                                                  2020 N Street, NW
                                                  Washington, DC 20036
                                                  (202) 331-8160
                                                  (202) 503-1455 (facsimile)
                                                  dan@wardlawdc.com

                                                  ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December 2011, I electronically filed the foregoing with the Court of the Court using the CM/ECF system, which will then send, as appropriate, a notification of such filing to the following:

>Lisa M. Bass, Esq.
>Lathrop & Gage DC, PLLC
>1300 Eye Street, NW Suite 1050E
>Washington, DC 20005
>(202) 469-6936 (direct dial)
>(202) 469-6949 (facsimile)
>lbass@lathropgagedc.com
>Counsel for Defendant Rack Room Shoes

>>__/S/ Daniel S. Ward_____
>>Daniel S. Ward