DATE:   01-19-12                          JUDGE: O'GRADY
                                          Court Reporter: N. Linnell
START:  10:09
FINISH: 11:15

Civil Action Number: 1:11cv00169

ERIK B. CHERDAK

v.

RACK ROOM SHOES, INC.

Appearances of Counsel for ( X) Pltf    ( X ) Deft

Markman hearing held - argument heard re: claim construction. Taken under advisement. Counsel directed to contact Magistrate Judge Anderson for a settlement conference.

Order to follow